IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael C Osborne,<br><br>  Plaintiff,<br><br>v.<br><br>DiTech Financial LLC,<br><br>  Defendant. | No. CV-18-00358-TUC-RM<br><br>**ORDER** |

Plaintiff filed his Complaint on July 23, 2018 (Doc. 1) and on August 21, 2018 sought the Clerk's entry of default (Doc. 8). The Clerk of Court entered default (Doc. 9), but the Court later granted Defendant's unobjected-to motion seeking to have the default set aside (*see* Docs. 11, 13, 15, 18). On October 26, 2018 the Court issued a Scheduling Order, which, among other deadlines, required the parties to file a Joint Settlement Status Report on January 18, 2019 and every 60 days thereafter. (*See* Doc. 22 at 4.) In addition, the Court ordered the parties to file a Joint Proposed Pretrial Order no later than August 9, 2019. (*Id.*) On January 15, 2019, the parties informed the Court that they had reached a settlement of their claims. (Doc. 23.) On March 13, 2019, before the parties had filed a stipulation of dismissal, Defendant filed a Notice of Filing Bankruptcy (Doc. 24, corrected by Doc. 26), which indicates this case is subject to an automatic stay beginning February 11, 2019 until further order of the Bankruptcy Court.

Court will order the parties to file a Status Report within seven days informing the Court of the status of the bankruptcy proceedings and of the parties' progress, if any,

toward a finalized settlement of this case.

**IT IS ORDERED** that within **seven (7) days** of the date this Order is filed, the Parties shall file a Status Report as set forth above.

Dated this 24th day of July, 2019.

_____
Honorable Rosemary Márquez
United States District Judge